UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN P. DONOVAN,<br><br>Plaintiff,<br><br>v.<br><br>SGT. MICHAEL F. CHERVEN, et al.,<br><br>Defendants. | Civil No. 26-13013-LTS |

ORDER

October 26, 2026

SOROKIN, J.

Plaintiff Jonathan P. Donovan ("Donovan"), residing in Berkley, Massachusetts, filed a complaint against the Superintendent of the Massachusetts State Police and two state troopers for the alleged violation of Donovan's constitutional rights. Doc. No. 1. With his complaint, Donovan filed a motion for leave to proceed *in forma pauperis*. Doc. No. 2. Donovan subsequently filed an amended complaint, Doc. No. 4. A second amended complaint was filed, *see* Doc. No. 10, after receiving leave to do so. Doc. No. 9. Donovan filed a motion for ruling on application to proceed *in forma pauperis* and, upon allowance for service by the United States Marshals Service. Doc. No. 11.

Upon review, the Court hereby ORDERS

1. Plaintiff's motion for leave to proceed *in forma pauperis*, Doc. No. 5, is ALLOWED.

2. Plaintiff's motion for ruling on application to proceed *in forma pauperis* and, upon allowance for service by the United States Marshals Service, Doc. No. 11, is ALLOWED.

3. The Clerk shall issue summonses for service of the second amended complaint and shall send the summonses, a copy of the second amended complaint, and this Order to Donovan who must serve these documents on the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. "Any person who is at least 18 years old and not a party may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2). Donavan shall review Rule 4(d) of the Federal Rules of Civil Procedure, which provides for an easier and less expensive means of effecting service, via first class mail, for defendants who are willing to waive formal service. Because Donovan is proceeding *in forma pauperis*, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve copies of the summons, the second amended complaint, and this Order upon the defendants as directed by plaintiff. Donovan is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide Donovan with forms and instructions for service by the USMS.

5. Donovan shall have 90 days from the date of the issuance of the summonses to complete service. If Donovan elects to ask the USMS to complete service, he must provide all papers for service and completed USM-285 forms to the agency well before this deadline.

.

SO ORDERED.

/s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge